UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20027-CIV-MGC

FLOR ANDREA RODRIGUEZ ASALDE, )
JOHN CONDE, JAVIER ANTONIO )
CABRERA SAVINOVICH, BRANDON )
ANTHONY GOMEZ, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
       Plaintiff, )
vs. )
)
FIRST CLASS PARKING SYSTEMS LLC )
a/k/a 1ST CLASS VALET SERVICE, )
SEBASTIAN LOPEZ, )
JORGE ZULUAGA, )
)
       Defendants. )
_____ )

**NOTICE OF VOLUNTARY DISMISSAL
AS TO ONLY PLAINTIFF BRANDON ANTHONY GOMEZ PURSUANT TO
FED. R.CIV. P. 41 WITHOUT PREJUDICE**

    COMES NOW the Plaintiff, BRANDON ANTHONY GOMEZ, by and through the undersigned, and notices the Court that only Plaintiff BRANDON ANTHONY GOMEZ voluntarily dismisses his claims brought in this lawsuit WITHOUT PREJUDICE as to all Defendants under Fed. R.Civ. P. 41. Such dismissal is made voluntarily and against the advice of counsel and having been advised of the statute of limitations. This dismissal shall not affect the remaining Plaintiffs and their action against Defendants.

_____ 1-12-16 _____ (signature)
Plaintiff, BRANDON ANTHONY GOMEZ

Brandon Gomez

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq.___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 1/12/16 TO:

ALL CM/ECF RECIPIENTS

BY:___/s/___Rivkah Jaff_____
    **RIVKAH JAFF, ESQ.**