UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20027-Civ-COOKE

FLOR ANDREA RODRIGUEZ ASALDE,
JOHN CONDE, JAVIER ANTONIO
CABRERA SAVINOVICH, BRANDON
ANTHONY GOMEZ, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

FIRST CLASS PARKING SYSTEMS LLC
a/k/a 1ST CLASS VALET SERVICE,
SEBASTIAN LOPEZ, and JORGE
ZULUAGA,

    Defendants.
_____/

### ORDER DISMISSING CLAIMS OF BRANDON ANTHONY GOMEZ

THIS MATTER is before me on Plaintiff's Notice of Voluntary Dismissal as to only Plaintiff Brandon Anthony Gomez Pursuant to Fed. R. Civ. P. 41 Without Prejudice (ECF No. 7). It is **ORDERED AND ADJUDGED** that Plaintiff Brandon Anthony Gomez's claims against Defendants are **DISMISSED** *without prejudice*. The Clerk shall **TERMINATE** Plaintiff Brandon Anthony Gomez from this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 14TH day of January 2016.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of Record*