UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20027-CIV-MGC

FLOR ANDREA RODRIGUEZ ASALDE,      )
JOHN CONDE, JAVIER ANTONIO          )
CABRERA SAVINOVICH, BRANDON         )
ANTHONY GOMEZ, and all others similarly )
situated under 29 U.S.C. 216(b),        )
                                        )
               Plaintiff,               )
                                        )
        vs.                             )
                                        )
FIRST CLASS PARKING SYSTEMS LLC     )
a/k/a 1ST CLASS VALET SERVICE,          )
SEBASTIAN LOPEZ,                        )
JORGE ZULUAGA,                          )
                                        )
               Defendants.
_____

**PLAINTIFFS' STATEMENT OF CLAIM**

        Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described
Statement of Claim as follows:

**BRANDON ANTHONY GOMEZ**

-Gomez' claim has been voluntarily dismissed per [DE 8]

**FLOR ANDREA RODRIGUEZ ASALDE**

**Federal Half-time Overtime Claim (1/19/13-12/1/15):**
Amount of half time per hour not compensated: $4.12
Weeks: 150
Overtime hours per week: 30
Total wages unpaid and liquidated damages: $18,540 X 2 = $37,080

**JOHN CONDE**

**Federal Half-time Overtime Claim (3/7/12-9/1/14):**
Amount of half time per hour not compensated: $4
Weeks:   86
Overtime hours per week: 8
Total wages unpaid and liquidated damages: $2,752 X 2 = $5,504

**JAVIER ANTONIO CABRERA SAVINOVICH**

**Federal Half-time Overtime Claim (1/5/13-1/5/16):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks:   156
Overtime hours per week: 18
Total wages unpaid and liquidated damages: $10,164.96 X 2 = $20,329.92

**Federal Minimum Wage Claim (1/5/13-10/11/14):**
Amount of minimum wage per hour not compensated: $1.25 (based on Fed. MW 7.25-6.00)
Weeks: 92
Hours per week: 58
Total wages unpaid and liquidated damages: $6,670 X 2 = $13,340

**Federal Minimum Wage Claim (10/12/14-1/5/16):**
Amount of minimum wage per hour not compensated: $.25 (based on Fed. MW 7.25-7.00)
Weeks: 64
Hours per week: 58
Total wages unpaid and liquidated damages: $928 X 2 = $1,856

**Savinovich's Total Federal OT/MW Claim:  $35,525.92**

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek minimum wage damages under the Florida Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS SENT SUBSEQUENT TO E-FILING ON 1/19/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**