UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  1:16-CV-20027 MGC

FLOR ANDREA RODRIGUEZ ASALDE, et al.
and all others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC a/k/a 1ST
CLASS VALET SERVICE,
SEBASTIAN LOPEZ,
JORGE ZULUAGA,

    Defendants.
_____/

## ANSWER TO COMPLAINT

By and through undersigned counsel Defendants First Class Parking Systems, LLC, Sebastian Lopez, and Jorge Zuluaga ("Defendants"), file their answer and affirmative defenses and state the following:

1. Admit this is an action under the FLSA.

2. Unknown, therefore, Denied.

3. Admit First Class Parking Systems, LLC a/k/a 1st Class Valet Service transacted business in Miami-Dade. Deny First Class Parking Systems, LLC was the employer of Plaintiffs.

4. Deny.

5. Deny.

6. Admit.

1

## COUNT I. FEDERAL OVERTIME WAGE VIOLATION

7. Admit Plaintiff alleges this action is brought as a collective action, Deny Plaintiffs are similarly situated to any other employees or that Plaintiffs are due any back wages.

8. Admit the Court has jurisdiction pursuant to 28 U.S.C. § 1331 and that is case is brought pursuant to the FLSA.

9. Paragraph 9 is a statement of the law and no response is necessary.

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

2

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

COUNT II. FEDERAL MINIMUM WAGE VIOLATION AS TO PLAINTIFFS JAVIER ANTONIO CABRERA SAVINOVICH AND BRANDON ANTHONY GOMEZ AGAINST DEFENDANTS, JOINTLY AND SEVERALLY

Defendants restate and adopt their responses to paragraphs 1-23 above;

24. Paragraph 24 is a statement of the law and no response is necessary.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state the claim for which relief may be granted because Defendant's business First Class Parking Systems LLC did not engaged in interstate commerce or in the production of goods for interstate commerce.

2. Plaintiffs' Complaint fails to state the claim for which relief may be granted because Plaintiffs' did not directly participate in the actual movement of persons or things in interstate commerce.

3. Plaintiffs' Complaint fails to state the claim for which relief may be granted because Defendant's business First Class Parking Systems LLC revenues for the subject years did not exceed $500,000.

4. Defendant Sebastian Lopez was not Plaintiff's "employer" as per the FLSA.

5. Defendant Jorge Zuluaga was not Plaintiff's "employer" as per the FLSA.

3

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

6. At all material times, Defendant(s) paid Plaintiffs and purported FLSA collective members all sums of money to which they were entitled.

7. Some or all of the Plaintiffs and purported FLSA class members' hours did not exceed the maximum hours under the FLSA.

8. Some or all of the claims in the Amended Complaint may be subjected to the *de minimus* rule, 29 CFR §785.47, because they involve insignificant amounts of regular time.

9. Some or all of the claims in the Amended Complaint may be subjected to the *de minimus* rule, 29 CFR §785.47, because they involve insignificant amounts of overtime.

10. At all times material hereto Plaintiff s were paid the proper amount of the applicable minimum wage because they were tipped employees.

11. Plaintiffs' claims are barred, in whole or in part, by the applicable Statute of Limitations.

12. In the event a violation occurred, which Defendant(s) deny, Defendants' actions were at all times taken in good faith and were neither willful nor reckless. Plaintiffs are therefore not entitled to liquidated or other damages.

13. Plaintiffs have been fully paid in conformity with the applicable provisions of the Fair Labor Standards Act, 29 U.S.C. Sec. 201, et seq.

14. Plaintiff was an exempt employee and is not entitled to overtime in that he was paid pursuant to 29 U.S.C. 207(i) for all or part of his employment by Defendant.

15. Defendant(s) reserve the right to add to and or amend its affirmative defenses pursuant to court approval.

**WHEREFORE**, Defendant(s) pray as follows:

a. That Plaintiffs recover nothing by way of this action.

4

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

    b.  That Defendant(s) be awarded their taxable costs of suit incurred herein; and

    c.  Such other relief as the Court may deem just and proper.

Respectfully Submitted January 29, 2016,

                              /s Lowell J. Kuvin
                            Lowell J. Kuvin, Esq.
                            Bar No.: 53072
                            *Law Office of Lowell J. Kuvin*
                            17 East Flagler Street, Suite 223
                            Miami, Florida 33131
                            Tel.: 305.358.6800
                            Fax: 305.358.6808
                            lowell@kuvinlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

5

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

**ASALDE, et al. v. FIRST CLASS PARKING SYSTEMS LLC, et al.**
**CASE NO. 1:16-CV-20027 MGC**

### Service List

**Lowell J. Kuvin, Esq.**
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
Primary Email: lowell@kuvinlaw.com
Secondary Email: esther@kuvinlaw.com
*Attorney for Defendants*

**J.H. Zidell**
*J.H. Zidell, P.A.*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305.865.6766
Fax: 305.865.7167
Email: ZAbogado@aol.com
*Attorney for Plaintiffs*

6

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808