UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  1:16-CV-20027 MGC

FLOR ANDREA RODRIGUEZ ASALDE, et al.
and all others similarly situated under 29 U.S.C.
216(b),

       Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC a/k/a 1ST
CLASS VALET SERVICE,
SEBASTIAN LOPEZ,
JORGE ZULUAGA,

       Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENTS OF CLAIM

COME NOW Defendants FIRST CLASS PARKING SYSTEMS, LLC, SEBASTIAN
LOPEZ, and JORGE ZULUAGA ("Defendants"), by and through undersigned counsel, and file
their Response to Plaintiffs' Statements of Claim, and herein state:

    a. Flor Andrea Rodriguez Asalde: was employed by FIRST CLASS PARKING
       SYSTEMS, LLC from January 13, 2014 through November 6, 2015, a total of
       approximately 94 weeks.

    b. John Conde: was employed by FIRST CLASS PARKING SYSTEMS, LLC from
       February 25, 2013 through July 27, 2014 a total of approximately 86 weeks
       (assuming a three year statute of limitations).

1

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

    c.  Javier Antonio Cabrera Savinovich: was employed by FIRST CLASS PARKING SYSTEMS, LLC January 2, 2012 through Present, a total of approximately 156 weeks.

2. During their employment, Plaintiffs were either paid the Florida minimum wage; in excess of the Florida minimum wage; or the Florida minimum wage minus a "tip credit" (not exceeding $3.02/hr.) plus tips.

3. Defendants deny any overtime is owed to Plaintiffs.

4. Defendants deny any regular time is owed to Plaintiff Savinovich.

5. Defendants' actions were not willful and if the Court finds that Plaintiff is entitled to overtime, the statute of limitations should be two years.

Respectfully submitted April 18, 2016,

                            __/s Lowell J. Kuvin
                            Lowell J. Kuvin, Esq.
                            Bar No.: 53072
                            *Law Office of Lowell J. Kuvin*
                            17 East Flagler Street, Suite 223
                            Miami, Florida 33131
                            Tel.: 305.358.6800
                            Fax: 305.358.6808
                            lowell@kuvinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**ASALDE, et al. v. FIRST CLASS PARKING SYSTEMS LLC, et al.**
**CASE NO.  1:16-CV-20027 MGC**

### Service List

**Lowell J. Kuvin, Esq.**
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
Primary Email: lowell@kuvinlaw.com
Secondary Email: esther@kuvinlaw.com
*Attorney for Defendants*

**J.H. Zidell**
*J.H. Zidell, P.A.*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305.865.6766
Fax: 305.865.7167
Email: ZAbogado@aol.com
*Attorney for Plaintiffs*