## SUPPLEMENTAL AFFIDAVIT OF JAVIER ANTONIO CABRERA SAVINOVICH

STATE OF FLORIDA )
) S.S.:
COUNTY OF MIAMI-DADE )

1. My name is JAVIER ANTONIO CABRERA SAVINOVICH I am over eighteen years of age; I reside in the United States, and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and I do so freely, voluntarily, and pursuant to my own free will. I affirm that the contents of this Affidavit are true and correct and to the best of my belief.

2. I affirm that I fully understood the contents of this Affidavit prior to executing same. I read and write English and affirm that I fully understand the contents of the forgoing Affidavit in English and I am able to understand and affirm the contents of the Affidavit herein.

3. I am a Plaintiff in the United State District Court, Southern District of Florida, *Flor Andrea Rodriguez Asalde, et al. v. First Class Parking Systems, LLC a/k/a 1st Class Valet Service, et al.*, Case No.: 16-20027-CIV-MGC.

4. On or about July 24, 2016, I came upon a valet ticket while looking through my personal documents that I issued to a customer while working for Defendants, specifically this valet ticket was issued while I was employed by Defendants at Crystal Beach, from on or about September/November 2015 through to and including May 2016. I would attach the valet ticket to the customer's keys, one part I would give to the customer to hold onto, and the other part would be left in the vehicle itself. I would also stamp the valet ticket to reflect the date and time on same. I issued these valet tickets to several customers throughout my shift on a regular and recurrent basis.

5. **A review of the ticket reflects that the ticket was printed in the U.S.A. by Southland**

Page **1** of **3**

_JC_  Javier Antonio Cabrera Savinovich

**Printing, Shreveport, L.A.** *See attached.*

6. My direct supervisor, Henry Cairo, my co-workers, Fabio (Last Name Unknown), and Pierre (Last Name Unknown), and I, were regularly and on a recurrent basis handling these valet tickets **printed in the U.S.A. by Southland Printing, Shreveport, L.A.**, which were coming from outside the state of Florida, from on or about September/November 2015 through to and including May 2016. During this time period, my direct supervisor, Henry Cairo, my co-workers, Fabio (Last Name Unknown), and Pierre (Last Name Unknown), and I, regularly and on a recurrent basis would attach the valet ticket to the customer's keys, one part we would give to the customer to hold onto, and the other part would be left in the vehicle itself. We would also stamp the valet ticket to reflect the date and time on same. We issued these valet tickets to several customers throughout our respective shifts on a regular and recurrent basis.

7. I recall when we ran out of valet tickets at Sea Coast Towers, from on or about October 2011 through to and including August/September 2015, we would call Defendants' offices and Defendants would bring over temporary valet tickets, such as the attached.

8. Therefore, to the best of my knowledge, my co workers, Javier (LastName Unknown), Yosimar (Last Name Unknown), Alberto (Last Name Unknown), Abel Ortiz, Julio Moran, Brandon Anthony Gomez, Antonio (Last Name Unknown), and Juan Barcos, and I were regularly and on a recurrent basis handling these valet tickets **printed in the U.S.A. by Southland Printing, Shreveport, L.A.**, which were coming from outside the state of Florida, from on or about October 2011 through to and including August/September 2015. During this time period, my co workers, Javier (LastName Unknown), Yosimar (Last Name Unknown), Alberto (Last Name Unknown), Abel Ortiz, Julio Moran, Brandon Anthony Gomez, Antonio (Last Name Unknown), and Juan Barcos, and I, regularly and on a recurrent basis would attach

*JC* Javier Antonio Cabrera Savinovich

the valet ticket to the customer's keys, one part we would give to the customer to hold onto, and the other part would be left in the vehicle itself. We would also stamp the valet ticket to reflect the date and time on same as a temporary valet ticket until we were supplied with the tickets described in my prior Affidavit (on which I was responsible for parking the vehicle, issuing a ticket which we would write the model of the vehicle, color of the vehicle, and my name. One half of the ticket issued I would leave in the vehicle on the dash board and the other half of the ticket that contained the information herein listed I would put on the rack. After I had parked the vehicle and wrote the information on the ticket I would then be responsible for placing the key on the key rack, to be retrieved at a later time. I was responsible to then return to the entrance to wait for another vehicle to come). We issued these temporary valet tickets to several customers throughout our respective shifts on a regular and recurrent basis.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 27 day of July, 2016.

_____
AFFIANT
JAVIER ANTONIO CABRERA SAVINOVICH

The foregoing Affidavit was sworn to and subscribed before me, on this 27 day of July, 2016, by JAVIER ANTONIO CABRERA SAVINOVICH, who has produced FL Driver License Class E as identification.



STEPHEN M FOX JR
MY COMMISSION #FF146371
EXPIRES July 29, 2018
(407) 398-0153    FloridaNotaryService.com

_____
NOTARY PUBLIC, State of Florida

Page 3 of 3

JC Javier Antonio Cabrera Savinovich