UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  1:16-CV-20027 MGC

FLOR ANDREA RODRIGUEZ ASALDE, et al.
and all others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC
a/k/a 1ST CLASS VALET SERVICE,
SEBASTIAN LOPEZ,  JORGE ZULUAGA,

    Defendants.

_____/

**DEFENDANTS' MOTION TO STRIKE SUPPLEMENTAL AFFIDAVIT**
**OF JAVIER ANTONIO CABRERA SAVINOVICH [D.E. ##47-1 & 47-2]**

Defendants, FIRST CLASS PARKING SYSTEMS LLC, SEBASTIAN LOPEZ and JORGE ZULUAGA ("Defendants"), by and through undersigned counsel, hereby file their Motion to Strike the Supplemental Affidavit of Javier Antonio Cabrera Savinovich [D.E. ##47-1 & 47-2], and in support thereof state:

**RELEVANT PROCEDURAL HISTORY**

1. On June 20, 2016, Defendants filed their Statement of Material Facts [D.E. #29] and Motion for Summary Final Judgment [D.E. #30].

2. On June 28, 2016, the Court *sua sponte* entered an Endorsed Order striking Defendants' Statement of Material Facts with leave to amend [D.E. #34] because it did not cite to the exact deposition lines and page numbers in accordance with L.R. 56.1(a).

3. On June 29, 2016, Defendants filed their Amended Motion for Summary Judgment [D.E. #35] and Amended Statement of Material Facts [D.E. #36].

1

4. On July 18, 2016, Plaintiffs filed their Response in Opposition to Defendants' Amended Motion for Final Summary Judgment [D.E. #43] and their Response in Opposition to Defendants' Amended Statement of Material Facts ("Fact Statement") [D.E. #44].

5. On July 26, 2016, the Court entered an Endorsed Order striking Plaintiffs' Fact Statement for failure to comply with S.D.Fla. L.R. 56.1(a). [D.E. #45].

6. On July 27, 2016, Plaintiffs filed an Amended Response in Opposition to Defendants' Amended Statement of Material Facts ("Amended Fact Statement") [D.E. #47].

7. Local Rule 56.1(a) provides, in relevant part, with regard to a statement of material facts:

> Additional facts which the party opposing summary judgment contends are material shall be numbered and placed at the end of the opposing party's statement of material facts[.]

8. Despite this Court Order [D.E. #45], Plaintiffs' Amended Fact Statement still does not comply with Local Rule 56.1(a) because the additional facts are interspersed throughout instead of placed at the end.[1]

## ARGUMENT

9. Defendants seek to strike the Supplemental Affidavit **of** Javier Antonio Cabrera Savinovich ("Supplemental Affidavit") [D.E. ##47-1 & 47-2] as untimely and prejudicial to Defendants.

10. Plaintiffs' deadline to respond to Defendants' Amended Motion for Summary Final Judgment [D.E. #35], was July 18, 2016.

11. The Supplemental Affidavit was filed on July 27, 2016.

---

[1] The Amended Fact Statement is in 1.5 spacing, and therefore also runs afoul of the Court's instructions that all submissions must be double-spaced. [D.E. #13, ¶7].

12.     Plaintiffs did not seek nor obtain leave of Court to file the Supplemental Affidavit out of time.

13.     Moreover, there is no excuse provided within the Supplemental Affidavit as to why Plaintiff, JAVIER ANTONIO CABRERA SAVINOVICH failed to locate and produce this valet ticket [D.E. #47-2] during discovery – which closed on June 20, 2016. [D.E. #13].

14.     Plaintiffs previously sought to, *inter alia*, extend the discovery deadline [D.E. #32], but the Court declined to do so. [D.E. #40].

15.     Accordingly, Defendants respectfully request that the Supplemental Affidavit be stricken in its entirety without leave to re-file same.

16.     Defendants requested Plaintiffs' counsel to voluntarily withdraw the Supplement Affidavit, but counsel refused to do so.

17.     A proposed order is filed as Exhibit "A" and will be sent to Chambers pursuant to the Court's Scheduling Order.

WHEREFORE, Defendants respectfully request that the Court grant the instant Motion in its entirety, strike the Supplemental Affidavit [D.E. ##47-1 & 47-2] without leave to re-file same, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted July 28, 2016,

    /s/  Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
Fax:    305.358.6808
*Attorney for Defendants*

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1A.3

      I hereby certify that counsel for the movant conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues.  Counsel for Plaintiffs advised that she opposes the relief sought herein.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record in this action.

Rivkah Jaff, Esq.
J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM; Rivkah.Jaff@gmail.com

                          /s/  Lowell J. Kuvin
                          Lowell J. Kuvin

4

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808