UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20027-CIV-MGC

FLOR ANDREA RODRIGUEZ ASALDE,  )
JOHN CONDE, JAVIER ANTONIO  )
CABRERA SAVINOVICH, BRANDON  )
ANTHONY GOMEZ, and all others similarly  )
situated under 29 U.S.C. 216(b),  )
                                              )
           Plaintiff,  )
  vs.  )
                                              )
FIRST CLASS PARKING SYSTEMS LLC  )
a/k/a 1ST CLASS VALET SERVICE,  )
SEBASTIAN LOPEZ,  )
JORGE ZULUAGA,  )
                                              )
Defendants.  )
_____ )

## JOINT SUMMARY OF MOTIONS IN *LIMINE*

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby submit their Joint Summary of Motions *InLimine*, and state as follows:

**Defendants' Motions *InLimine* to Exclude any and all evidence, references to evidence, testimony or argument relating to:**

(1)    whether Plaintiffs were not paid their regular (straight time) wages for all hours they worked.

(2)    the uniforms, tickets, walkie-talkies or valet tickets.

(3)    the valet ticket recently produced by Plaintiff Savinovich.

(4)    whether First Class kept accurate time records.

(5)    whether the vehicles parked by Plaintiffs were "materials" under the FLSA and where the vehicles originated.

(6)    Plaintiffs' use of credit cards prior to the relevant 3-year time period.

(7)    Defendants' affiliates or any non-defendants corporations.

(8) any other law suits against Defendants.

(9) any hours worked prior to the relevant time period which is 3 years from the date of filing the Complaint.

(10) whether Plaintiffs drove the vehicles to be parked outside of the parking lots or parking areas.

(11) the fact that Plaintiff Asalde's brother and father had previous claims or lawsuits against Defendants or Defendants' affiliates.

**Plaintiffs Motions *In Limine* to Exclude any and all evidence, references to evidence, testimony or argument relating to:**

(A) Reference to attorneys' fees and costs;

(B) Reference to liquidated damages;

(C) Reference to Plaintiffs' Counsel Firm's Representation of Plaintiffs; and

(D) Reference to Plaintiff Savinovich's arrests, conviction, and pleas of *no lo contendere*, if any.

Dated this 19th day of September, 2016.

| | |
|---|---|
| J. H. ZIDELL, P.A.<br>ATTORNEYS FOR PLAINTIFFS<br>300-71ST STREET, SUITE 605<br>MIAMI BEACH, FLORIDA 33141<br><br>BY:  /S/ RIVKAH F. JAFF<br>RIVKAH F. JAFF, ESQUIRE<br>FLORIDA BAR NO.: 107511<br>PH: 305-865-6766<br>FAX: 305-865-7167<br>EMAIL: RIVKAH.JAFF@GMAIL.COM | LAW OFFICE OF LOWELL J. KUVIN<br>ATTORNEYS FOR DEFENDANTS<br>17 EAST FLAGLER STREET, SUITE 223<br>MIAMI, FL 33131<br><br>BY: S/  LOWELL J. KUVIN, ESQ.<br>LOWELL J. KUVIN, ESQUIRE<br>FLORIDA BAR NO.:<br>PH: (305) 358-6800<br>FAX: (305) 358-6808<br>EMAIL: LOWELL@KUVINLAW.COM |