UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20027-CIV-MGC

FLOR ANDREA RODRIGUEZ ASALDE, et al., and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC a/k/a 1ST CLASS VALET SERVICE,
SEBASTIAN LOPEZ,
JORGE ZULUAGA,

        Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

COME NOW THE PLAINTIFFS, through counsel, and hereby give notice that they are appealing an Order on Defendants' Amended Motion for Summary Final Judgment [DE 57] dated 9/29/16. This appeal is made to the Eleventh Circuit Court of Appeals.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 10/26/16 VIA CM/ECF TO:

**ALL CM/ECF RECIPIENTS**

**LOWELL J. KUVIN, ESQ.**
*LAW OFFICE OF LOWELL J. KUVIN*
**17 EAST FLAGLER STREET, SUITE 223
TEL.: 305.358.6800
FAX: 305.358.6808
LOWELL@KUVINLAW.COM
MIAMI, FLORIDA 33131**

**BY:_____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.**