UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20027-Civ-COOKE/TORRES

FLOR ANDREA RODRIGUEZ ASALDE, et al.,

    Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC
a/k/a 1ST CLASS VALET SERVICE,
SEBASTIAN LOPEZ, JORGE ZULUAGA,

    Defendants.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order on Defendants' Amended Motion for Summary Judgment (ECF No. 57), **JUDGMENT** is hereby entered in favor of Defendants First Class Parking Systems LLC, a/k/a 1st Class Valet Service, Sebastian Lopez and Jorge Zuluaga, and against Plaintiffs Flor Andrea Rodriguez Asalde, John Conde and Javier Antonio Cabrera Savinovich.

**DONE and ORDERED** in chambers, at Miami, Florida, this 2nd day of December 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*