# EXHIBIT A

| | |
|---|---|
| Cost of Stenographer Appearance and Transcripts (Flor Asalde, John Conde, Javier Cabrera) | $1,064.50 |
| Deposition Transcript (Corporate Rep., First Class, Sebastian Lopez, Jorge Zuluaga) | $481.80 |
| Spanish Interpreter For Plaintiffs' Depositions | $460.00 |
| Total | $2006.30 |

# INVOICE

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181430 | 6/1/2016 | 227451 |
| Job Date | Case No. | |
| 5/10/2016 | 1:16-CV-20027 MGC | |

| Case Name |
|---|
| Asalde, Flor vs. First Class Parking Lopez, Sebastian & Zuluaga, Jorge |

| Payment Terms |
|---|
| |

Lowell J. Kuvin, Esq.
Law Office of Lowell Kuvin
17 E. Flagler Street
Ste 223
Miami FL  33132-2463

| | | | |
|---|---|---|---|
| **Deposition Of:** | | | |
| Flor Rodriguez | 39.00 | Pages | 156.00 |
| Reporter Attendance: First Hour | | | 95.00 |
| Reporter Attendance: Additional Hours | 6.50 | Hours | 260.00 |
| **Deposition Of:** | | | |
| Javier Cabrera | 85.00 | Pages | 340.00 |
| Exhibits | 11.00 | Pages | 5.50 |
| **Deposition Of:** | | | |
| John Conde | 47.00 | Pages | 188.00 |
| Shipping & Handling | | | 20.00 |
| E-mailed | | | 0.00 |
| | | **TOTAL DUE >>>** | **$1,064.50** |

Original and One Certified Copy
NR|Cameron

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

Tax ID: 55-0793657                                            Phone: 305-358-6800   Fax:305-358-6808

*Please detach bottom portion and return with payment.*

Lowell J. Kuvin, Esq.
Law Office of Lowell Kuvin
17 E. Flagler Street
Ste 223
Miami FL  33132-2463

Job No.    : 227451           BU ID       : UR
Case No.   : 1:16-CV-20027 MGC
Case Name  : Asalde, Flor vs. First Class Parking Lopez, Sebastian & Zuluaga, Jorge
Invoice No. : 181430          Invoice Date : 6/1/2016
Total Due  : $ 1,064.50

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  United Reporting, Inc.
           1218 Southeast 3rd Avenue
           Fort Lauderdale, FL 33316
           Fax payment information to: 954-525-0511



# JEANNIE REPORTING

www.jeanniereporting.com
**28 W. Flagler St., Suite 610**
**Miami, FL 33130**

Phone #  (305) 577-1705 Fax #    (305) 577-1706

| Bill To |
|---|
| Law Office of Lowell J. Kuvin |
| 17 East Flagler Street |
| Miami, FL 33131 |

| ATTN: | Lowell J. Kuvin, Esq. |
|---|---|

## Invoice

| INVOICE # | 22855 |
|---|---|
| DATE | 7/21/2016 |
| JOB # | 5239JR5 |

| REPORTER |
|---|
| JGS |

| TERMS |
|---|
| Due on receipt |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 4/27/2016 | **Flor Andrea Rodriguez Asalde v. First Class Parking**<br>**Case No. 16-20027 CIV**<br><br>**Certified Transcript Deposition**<br>**depo of Sebastian Lopez**<br>**57 Pages @ $3.40 Per Page**<br><br>**Certified Transcript Deposition**<br>**depo of Jorge Zuluaga**<br>**70 Pages @ $3.40 Per Page**<br><br>**Electronic PDF E-TRAN W/ Scanned Exhibits** | <br><br><br><br><br><br><br><br><br><br>1 | <br><br><br><br><br><br><br><br><br><br>50.00 | <br><br>193.80<br><br><br><br>238.00<br><br><br><br>50.00 |

| | | |
|---|---|---|
| Thank you for using Jeannie Reporting.<br>All amounts are payable on or before the due date as shown on each invoice. All invoices are subject to an interest charge of 1.5% per month. The customer agrees to be responsible for all collections costs and attorney's fees.  Tax ID #55-0828848 | **Total** | **$481.80** |
| | | $0.00 |
| | **Balance Due** | **$481.80** |

*It's been a pleasure working with you!*



8870 W. Oakland Park Blvd. Ste 103
Sunrise, Florida 33351-7215

*We Understand Each Other*®
**866.727.8707**

## INVOICE 157073
Invoice number required on check

Invoice Date
5/10/2016

**PAYABLE BY:**

| | |
|---|---|
| Attn: **LOWELL J. KUVIN, ESQ.** | Client ID  17012 |
| **LOWELL J. KUVIN LAW OFFICE (MIAMI)** | |
| 17 EAST FLAGLER STREET    # 223 | Phone  305-358-6800 |
| MIAMI            FL    33131 | Fax    305-358-6808 |

**ORDERED BY:**

LINDA REYES: (UNITED REPORTING, INC. (FORT LAUDERDALE))
Tel.  954-525-2221
Fax

**ORDERED FOR:**

LOWELL J. KUVIN LAW OFFICE (MIAMI)
Tel.  305-358-6800
Fax  305-358-6808

| | | | | | |
|---|---|---|---|---|---|
| Job ID | 157073 | Lang/Dialect | SPANISH | Case | |
| Date Service | 5/10/2016 | Int. Req. | | **FLOR ANDREA RODRIGUEZ ASALDE, ET AL VS. FIRST CLASS PARKING SYSTEMS, ET AL** | |
| Duration | HOURLY | | | | |
| Start Time | 12:00:00 PM | Job Type | DEPOSITION (2) | Location: | |
| Start Time 2 | 03:00:00 PM | Case Type | | UNITED REPORTING (FLAGLER STREET, MIAMI) | |
| Start Time 3 | | | | | |
| End Time | | Party | | 66 West Flagler Street - 7th Floor | |
| Hdlg. Party | LOWELL J. KUVIN, ESQ. | File # | UNITED JOB # 227451 | | |
| | | Pol. # | | Miami | |
| Insured | | Case # | 1:16-CV-20027 MGC | FL   33130 | |
| | | | | USA | |
| Secty | | Claim # | | | |
| Deponent | JOHN CONDE & JAVIER ANTONIO CABRERA SAVINOVICH | Adjuster | | Date of Loss or Injury | |
| Examinee | | | | Special Conditions | |
| 4 | Hrs. X   $115.00 | : Hourly Total | $460.00 | Assignment Description: | |
| | Hrs. X | : OvertimeTotal | | 12:00 - 2:20 = 2.5 | |
| | | Half Day | | 3:00 - 4:15 = 1.5 | |
| Amount Paid: | $460.00 | Full Day | | | |
| Payment date | 6/14/2016 | Mileage | | TOTAL = 4 HOURS | |
| Paid by | | Parking | | | |
| Fin. Charge | | Late cancel. fee | | | |
| Amount Due: | **$0.00** | Discount | | | |
| Due by | 6/26/2016 | Bill amount | **$460.00** | | |

Payable upon receipt | Federal Tax ID 45-4027849

Any invoice not paid within 30 days shall accrue interest at the rate of 1.5% per month until paid in full. ULS shall be entitled to recover all costs and expenses, including attorney's fees in connection with collection of amounts due or enforcing payment of invoices.  Use of ULS services shall be a consent to ULS terms and conditions.
**8870 W. Oakland Park Blvd. Ste 103 | Sunrise, FL 33351-7215 | T 954.749.9199 | F 954.578.6088**
uls@ULS-FL.com **|** Toll free 866.727.8707 **|** www.ULS-FL.com

**Invoice 157073**