UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  1:16-CV-20027-MGC

FLOR ANDREA RODRIGUEZ ASALDE, et al.
and all others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC
a/k/a 1ST CLASS VALET SERVICE,
SEBASTIAN LOPEZ,  JORGE ZULUAGA,

    Defendants.

_____/

## DEFENDANTS' MOTION FOR STATUS CONFERENCE

Defendants, FIRST CLASS PARKING SYSTEMS LLC, SEBASTIAN LOPEZ and JORGE ZULUAGA ("Defendants"), by and through undersigned counsel, hereby file their Motion for Status Conference, and in support thereof state:

## RELEVANT PROCEDURAL HISTORY

1. On September 29, 2016, the Court entered its Order on Defendants' Amended Motion for Summary Final Judgment. [D.E. #57].

2. On October 26, 2016, Plaintiffs filed their Notice of Appeal. [D.E. #58].

3. On December 2, 2016, the Court entered Final Judgment in Defendants' favor.

4. In an Opinion, dated August 3, 2018, the Eleventh Circuit Court of Appeals affirmed in part, reversed in part and remanded the case to the District Court.

5. On October 10, 2018, the Eleventh Circuit Court of Appeals issued an Order granting Plaintiffs' Motion to Remand to the District Court Determination of Attorney's Fees in the

1

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

Event that Plaintiffs Prevail at Trial and granting Plaintiffs' Motion to Tax Costs in the amount of $920.00. [D.E. #68].

6. In light of the reversal and remand by the Eleventh Circuit Court of Appeals, Defendants respectfully request a fifteen (15) minute Status Conference to discuss the procedural posture of the case, the outstanding issues to be determined by the Court and scheduling. Defendants believe that a Status Conference will clarify and narrow the outstanding issues and ultimately conserve judicial resources.

7. A proposed order is filed as Exhibit "1" and will be sent to Chambers pursuant to the Court's Scheduling Order.

WHEREFORE, Defendants respectfully request that the Court grant the instant Motion in its entirety, set a Status Conference and grant such other and further relief as the Court deems just and proper.

Respectfully submitted October 10, 2018,

    /s/  Lowell J. Kuvin
Fla. Bar No.: 53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele:   305.358.6800
Fax:    305.358.6808
*Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1A.3

I hereby certify that counsel for the movant has conferred with all parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Counsel for Plaintiffs advised that she opposes the relief sought herein.

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record in this action.

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorneys for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM

3

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808