UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20027-CIV-MGC

FLOR ANDREA RODRIGUEZ ASALDE,  )
JOHN CONDE, JAVIER ANTONIO     )
CABRERA SAVINOVICH, BRANDON    )
ANTHONY GOMEZ, and all others similarly )
situated under 29 U.S.C. 216(b),  )
                               )
        Plaintiff,         )
vs.                            )
                               )
FIRST CLASS PARKING SYSTEMS LLC )
a/k/a 1ST CLASS VALET SERVICE, )
SEBASTIAN LOPEZ,               )
JORGE ZULUAGA,                 )
                               )
        Defendants.       )
_____)

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF COST JUDGMENT AGAINST DEFENDANTS, JOINTLY AND SEVERALLY**

COME NOW the Plaintiffs, by and through the undersigned, and Reply to Defendants' Response in Opposition to Plaintiffs' Motion [DE77] for Entry of Costs Judgment Against Defendants, Jointly and Severally, filed by Defendants as [DE78], and in support thereof state as follows:

1. On October 16, 2018, the U.S. Court of Appeals for the Eleventh Circuit entered judgment [DE74]. Said judgment enclosed the Bill of Costs awarding $920.00 to Plaintiffs. *Id.*

2. Should the Court deny Plaintiffs' Motion it would effectively violate "the principle that entitlement to appellate costs generally is determined according to which party prevailed on the significant issues on appeal; it does not depend on or await the outcome of

1

proceedings on remand. *See Florida Power & Light Co. v. Polackwich,* 705 So.2d 23 (Fla. 2d DCA 1997). *See also Di Teodoro v. Lazy Dolphin Development Co.,* 432 So.2d 625, 625 (Fla. 3d DCA 1983) (holding that prevailing party on appeal was entitled to recover appellate costs judgment and enjoy immediate execution without awaiting disposition of case on remand); *Swan v. Wisdom,* 392 So.2d 987, 987 (Fla. 5th DCA 1981) (reversing circuit court's refusal to make appellate costs order a judgment subject to execution prior to outcome of new trial); *Yost v. Congress International Development Corp.,* 383 So.2d 732, 732 (Fla. 3d DCA 1980) (holding that prevailing party on appeal entitled to immediate award of appellate costs without stay of execution)." *Lucas v. Barnett Bank of Lee Cty.,* 732 So. 2d 405, 406 (Fla. Dist. Ct. App. 1999); *See also, Stringer v. Katzell,* 695 So. 2d 369, 369 (Fla. Dist. Ct. App. 1997).

3. The costs awarded to Plaintiffs are related to the prevailing party in the appeal awarded by the Appellate Court and not related to the prevailing party in the instant matter. The costs awarded to Plaintiffs by the Court of Appeals are in no way conditioned on Plaintiffs being the prevailing party in the instant action or otherwise.

4. Defendants refuse to pay the costs awarded to Plaintiffs and are refusing to permit Plaintiffs to conduct discovery relevant to collection proceedings related to same.

5. Federal Rule of Appellate Procedure 39 provides for the taxation of appellate costs in both the appellate and the district courts. Subpart (d) of the rule provides for taxation in the appellate court, and subpart (e) provides for taxation in the district court.

6. The authority cited to by Defendants in their Response [DE78] is *In re Detailment Cases,* 417 F.3d 840, 844 (8th Cir. 2005), an Eighth Circuit decision which is not binding on this Court and that has received negative treatment.

WHEREFORE, Plaintiffs respectfully requests entry of a Final Judgment in favor of Plaintiffs against Defendants, jointly and severally, in the amount of $920.00, which sum shall bear interest at the relevant statutory rate from the date of this Judgment onward and for which sum and to let execution issue forthwith. In the alternative, Plaintiffs respectfully request the Court to Order Defendants to pay the outstanding Bill of Costs.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 12/6/18 TO THE FOLLOWING:**

**LOWELL J. KUVIN, ESQ.
LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET, SUITE 223
TEL.: 305.358.6800
FAX: 305.358.6808
LOWELL@KUVINLAW.COM
MIAMI, FLORIDA 33131**

BY:__/s/____Rivkah F. Jaff_____
    **RIVKAH F. JAFF, ESQ.**