# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 16-20027-Civ-COOKE/TORRES

FLOR ANDREA RODRIGUEZ ASALDE,
*et al.*,

    Plaintiffs,

vs.

FIRST CLASS PARKING SYSTEMS, LLC,
a/k/a 1ST CLASS VALET SERVICE, *et al.*,

    Defendants.

_____/

## ORDER ON MOTIONS *IN LIMINE*

THIS MATTER comes before me on the Parties' Joint Summary of Motions *In Limine* (ECF No. 52). Collectively, the Parties present 15 motions *in limine*. I have reviewed the motions, the arguments, the record, and the relevant legal authorities. As explained below, the Parties' respective motions *in limine* are **GRANTED** *in part* and **DENIED** *in part* as follows:

*Defendants' Motions to Exclude*

1. **Evidence related to whether Plaintiffs were not paid their regular (straight time) wages for all hours they worked** – The Court **GRANTS** *in part* this motion. Plaintiffs concede that Defendants paid them regular wages for all hours they worked. They cannot now offer evidence to the contrary. However, Plaintiffs may discuss their general pay structures.

2. **Evidence related to the uniforms, tickets, walkie-talkies or valet tickets** – The Court **DENIES** this motion. Subject-matter jurisdiction and enterprise coverage are central to this case. Evidence of where the above-mentioned items were

manufactured is highly probative on this issue. Plaintiff may introduce evidence on this point subject to other evidentiary rules such as authentication and hearsay.

3. **Evidence related to the valet ticket recently produced by Plaintiff Savinovich** – The Court **DENIES** this motion. Subject-matter jurisdiction and enterprise coverage are central to this case. Evidence of where the valet ticket was manufactured is highly probative on this issue. The United States Court of Appeals for the Eleventh Circuit confirmed as much. *See* Mandate of USCA, ECF No. 74. Plaintiff may introduce evidence on this point subject to other evidentiary rules such as authentication and hearsay.

4. **Evidence related to whether First Class kept accurate time records** – The Court **DEFERS** ruling on this motion until trial.

5. **Evidence related to whether the vehicles parked by Plaintiffs were "materials" under the FLSA and where the vehicles originated** – The Court **GRANTS** this motion. In its Judgment, the Eleventh Circuit affirmed this Court's ruling that the vehicles parked by Plaintiffs were not "materials" under the FLSA. As this issue has already been decided, evidence to the contrary is irrelevant and has no probative value.

6. **Evidence related to Plaintiffs' use of credit cards prior to the relevant 3-year time period** – The Court **GRANTS** this motion. Evidence of conduct outside of the time period is irrelevant to the question of whether Defendants violated the FLSA during the relevant time period.

7. **Evidence related to Defendants' affiliated or any non-defendants corporations** – The Court **DEFERS** ruling on this motion until trial.

8. **Evidence related to any other law suits against Defendants** – The Court **DEFERS** ruling on this motion until trial.

9. **Evidence related to any hours worked prior to the relevant time period** – The Court **GRANTS** this motion. Evidence of conduct outside of the time period is irrelevant to the question of whether Defendants violated the FLSA during the relevant time period.

10. **Evidence related to whether Plaintiffs drove the vehicles to be parked outside of the parking lots or parking areas** – The Court **DEFERS** ruling on this Motion until trial.

11. **Evidence related to the fact that Plaintiff Asalde's brother and father had previous claims or lawsuits against Defendants or Defendants' affiliates** – The Court **DEFERS** ruling on this motion until trial.

*Plaintiffs' Motions to Exclude*

12. **Evidence related to attorney fees and costs at trial** – The Court **GRANTS** this unopposed motion.

13. **Evidence related to liquidated damages** – The Court **GRANTS** this unopposed motion.

14. **Evidence related to undersigned firm's representation of Plaintiffs** – The Court **GRANTS** this unopposed motion.

15. **Evidence related to Savinovich's arrests, convictions, and pleas of no lo contendere** – The Court **GRANTS** this motion to the extent that Savinovich's prior bad acts do not go to truthfulness. *See* Fed. R. Evid. 609.

**DONE and ORDERED** in chambers at Miami, Florida this 27th day of February 2019.

_____
MARCIA G. COOKE
United States District Judge


Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*