UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  1:16-CV-20027-EGT

FLOR ANDREA RODRIGUEZ ASALDE, et al.
and all others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

FIRST CLASS PARKING SYSTEMS LLC
a/k/a 1ST CLASS VALET SERVICE,
SEBASTIAN LOPEZ,  JORGE ZULUAGA,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING TRANSCRIPT OF
DEPOSITION OF PLAINTIFF, JAVIER ANTONIO CABRERA
SAVINOVICH, HIS ARREST RECORD AND HIS CONVICTIONS**

    Defendants, FIRST CLASS PARKING SYSTEMS LLC, SEBASTIAN LOPEZ and JORGE ZULUAGA ("Defendants"), by and through undersigned counsel, hereby file their the Transcript of Deposition of Plaintiff, JAVIER ANTONIO CABRERA SAVINOVICH, His Arrest Record and His Convictions, and state:

    1.    Attached as **Exhibit "1"** is a copy of the transcript of the deposition of Plaintiff, JAVIER ANTONIO CABRERA SAVINOVICH ("Savinovich") taken in this case.  Defendants respectfully direct the Court's attention to T.72, ln.22-T.74, ln.25.

    2.    Attached as **Exhibit "2"** is a copy of a printout from the Miami Dade County Criminal Justice Online System for Savinovich showing his arrests.

    3.    Attached as **Exhibit "3"** is a certified copy of the Judgment and Sentence for Savinovich's welfare fraud conviction.  Attached as **Exhibit "4"** is a copy of Fla. Stat., §414.39 which Defendants believe is the statute pursuant to which Savinovich was convicted.

1

4.  Attached as **Exhibit "5"** is a certified copy of the Judgment and Sentence for Savinovich's loitering and prowling conviction.

Respectfully submitted November 13, 2019,

 /s/ Lowell J. Kuvin
Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami, Florida 33131
Tel:   305.358.6800
Fax:   305.358.6808
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record in this action.

 /s/ Lowell J. Kuvin
Lowell J. Kuvin