# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-20027-EGT

**FLOR ANDREA RODRIGUEZ ASALDE**, et. al,

    Plaintiff,

vs.

**FIRST CLASS PARKING SYSTEMS LLC,** et al.,

    Defendants.

## NOTICE OF DISASSOCIATION OF COUNSEL

1. The Plaintiffs in this action is represented by the firm, J.H. Zidell, P.A. The undersigned has been employed by the firm, J.H. Zidell, P.A., and in the course of representation, the undersigned was associated as representing the Plaintiffs in this action. As of 4/2/20, the undersigned is no longer employed by the firm of J.H. Zidell, P.A.

2. As the undersigned will no longer be employed by the firm, J.H. Zidell, P.A., the undersigned will no longer represent the Plaintiffs in this action. However, the Plaintiffs remain represented by the firm J.H. Zidell, P.A. and its constituent attorneys.  The undersigned is taking no active cases from J.H. Zidell, PA, and all active clients shall remain represented by J.H. Zidell, P.A., and its constituent attorneys.

WHEREFORE, the undersigned notices the Court and Parties that the undersigned will no longer be employed at J.H. Zidell, PA as discussed above, and will not be representing the Plaintiffs or otherwise performing legal work for such Plaintiffs in this matter.

Respectfully submitted,

LISA KUHLMAN
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: LKUHLMAN.JHZIDELLPA@GMAIL.COM
FLORIDA BAR NO. 978027

BY:___/s/___Lisa Kuhlman_____
LISA KUHLMAN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/6/20 TO:

ALL CM/ECF RECIPIENTS

BY:___/s/___Lisa Kuhlman_____
LISA KUHLMAN